■ SIU NAM WONG PUN, Respondent, v CHE-KWOK PUN, Appellant. [988 NYS2d 482]—Order, Supreme Court, New York County (Ellen Gesmer, J.), entered on or about June 28, 2013, which denied defendant's motion to dismiss the complaint for lack of personal jurisdiction, unanimously affirmed, without costs.

In this action for divorce, defendant husband waived the defense of lack of personal jurisdiction by failing to move to dismiss the complaint on that ground within 60 days after serving his answer (*see* CPLR 3211 [a] [8]; [e]; *Wiebusch v Bethany Mem. Reform Church*, 9 AD3d 315 [1st Dept 2004]). Concur—Gonzalez, P.J., Acosta, DeGrasse and Freedman, JJ.